JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

Case No.  2:17-cv-02331-AB (JCx)

11

APOLLO ENTERPISE SOLUTIONS, INC.,

12

Plaintiff,

ORDER DISMISSING CIVIL ACTION

13

v.

14

LANTERN CREDIT, LLC, *et al.*,

15

Defendants.

16
17
18

THE COURT having been advised by counsel that the above-entitled action has been settled (*See* Dkt. No. 54);

19
20

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **14 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and the settlement agreement, and this Order shall not prejudice any party to this action.

21
22
23
24
25
26

Dated:  March 16, 2018

27

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

28

1.